DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUINTON REDELL SYLVESTRE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1688

[September 30, 2021]

Appeal of order denying 3.850 from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case Nos. 502013CF000884CXXXMB and 502013CF003226BXXXMB.

Quinton Redell Sylvestre, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***